UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OCT 22 2025 AM 11:46
FILED-USDC-CT-NEW HAVEN

| | |
|---|---|
| AZUMAH ROBINSON<br><br>*Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC<br><br>*Defendant.* | Case No:<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND JURY TRIAL DEMAND

COMES NOW the Plaintiff, Azumah Robinson ("Plaintiff"), and complains of the Defendant, Trans Union, LLC ("TRANS UNION" or "Defendant"), stating as follows:

### INTRODUCTION

1. This is a civil action brought under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., arising from the Defendant's failure to ensure the accuracy of information it included in Plaintiff's consumer report. Plaintiff seeks damages resulting from the Defendant's reporting of false, misleading, and internally inconsistent information, which caused harm to Plaintiff's creditworthiness and reputation. This action is brought to hold Defendant accountable for its violations of federal law and to vindicate Plaintiff's rights under the FCRA.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FCRA, 15 U.S.C. § 1681p and 28 U.S.C.§ 1331.

3. The venue in this District is proper in that the Defendant transacts business in Connecticut, and the conduct complained of occurred in Connecticut.

## PARTIES

5. Plaintiff is a natural person residing in New Haven County, Connecticut.

6. Plaintiff is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

7. Defendant is an Illinois corporation, with a principal business address at 555 West Adams St, Chicago, IL 60661

8. Defendant Registered Agent is Corporation Service Company, 225 Asylum St, FL 20, Hartford, CT 06103

9. Defendant is a *Consumer Reporting Agency* ("CRA") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

### Defendant Failed to Provide Consumer Information

10. On or about September 8, 2025, Plaintiff requested a Disclosure from Trans Union pursuant to 15 U.S.C.§ 1681g.

11. Specifically, Plaintiff sent a letter, certified mail, to Defendant, requesting a copy of Plaintiff's consumer report. Plaintiff's letter included Plaintiff's social security number, date of birth, a copy of Plaintiff's Driver's license, and Plaintiff's current mailing address.

The request included all of the information Defendant needed to identify Plaintiff and comply with the FCRA.

12. Plaintiff received notification from USPS on September 14, 2025, that Plaintiff's letter was delivered.

13. Despite receiving Plaintiff's request and identification on September 14, 2025, Trans Union willfully and negligently failed to provide Plaintiff's Disclosure as required by 15 U.S.C. §1681g(a)(1).

14. The purpose of §1681g is to allow consumers to identify and correct incomplete or inaccurate information in their files

15. Defendant's refusal to provide Plaintiff's Disclosure was knowing and willful because Defendant received Plaintiff's continued requests and all the information necessary to comply with 15 U.S.C.§ 1681g, but Defendant refused to provide Plaintiff's Disclosure. Plaintiff is, accordingly, eligible for statutory damages.

16. Also, as a result of Defendant's refusal to provide Plaintiff Disclosure, Plaintiff has suffered actual damages, including, without limitation, fear of credit denials because of Plaintiff's inability to review consumer information, out-of-pocket expenses for the time and mail, and emotional distress. Moreover, because Defendant refused to provide Plaintiff with 1681g Disclosures, Plaintiff was unable to adequately opt out of certain disclosures to other parties and ensure fair and accurate reporting of Plaintiff's credit information. Plaintiff suffered emotional distress and mental anguish as a result of Defendant's actions described herein. Plaintiff further suffered anger, anxiety, feelings of helplessness, and humiliation.

## Count I

### Violations of the FCRA

17. Plaintiff incorporates by reference all of the above paragraphs of this complaint. As fully stated herein.

18. Plaintiff re-alleges and reincorporates all previous paragraphs as fully set out herein.

19. Defendant violated 15 U.S.C. § 1681g by refusing to provide Plaintiff with his full file Disclosure.

20. As a result of Defendant's violation, Plaintiff suffered emotional distress, anxiety, and frustration in addition to other actual damages.

21. All actions taken by Defendant were done with negligence.

22. All actions taken by Defendant were done with malice, were done willfully, and were done with either the desire to harm Plaintiff and/or with the knowledge that its actions would very likely harm Plaintiff and/or that its actions were taken in violation of the FCRA and/or that it knew or should have known that its actions were in reckless disregard of the FCRA.

23. All the violations of the FCRA proximately caused the injuries and damages set forth in this Complaint.

24. Defendant is therefore liable to Plaintiff, pursuant to 15 U.S.C. § 1681n, for the greater of his actual damages and statutory damages of up to $1,000 per violation and costs.

25. Alternatively, Defendant's conduct was negligent, and Defendant is therefore liable to Plaintiff, pursuant to 15 U.S.C. § 1681o, for his actual damages and costs.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendant for:

    a.    Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

    b.    Reasonable costs pursuant to 15 U.S.C. § 1681o(a)(2); and

    c.    Such other relief that this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted by:

*/s/ Azumah Robinson*
Azumah Robinson
85 Pond St
New Haven, CT 06511
Zumahr@gmail.com
203-435-7272
Pro Se